930

No. 516. SPRINGFIELD TELEVISION BROADCASTING CORP. ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James A. McKenna, Jr.* and *Vernon L. Wilkinson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, John L. Fitzgerald* and *Richard A. Solomon* for the United States and the Federal Communications Commission, and *Percy H. Russell* and *Aloysius B. McCabe* for the Travelers Broadcasting Service Corporation, respondents.

No. 517. WINNEBAGO TELEVISION CORP. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James A. McKenna, Jr.* and *Vernon L. Wilkinson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, John L. Fitzgerald* and *Richard A. Solomon* for the United States and the Federal Communications Commission, and *Arthur W. Scharfeld* for Radio Wisconsin, Inc., respondents.

No. 529. ALABAMA BY-PRODUCTS CORP. *v.* PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William Bew White* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 534. QUINN *v.* CALIFORNIA. Appellate Department of the Superior Court of California, County of Los Angeles. Certiorari denied. *A. L. Wirin, Fred Okrand* and *Jack B. Tenney* for petitioner.